

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/2/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x

UNITED STATES OF AMERICA

-v-

WINIFRED JIAU,

Defendant.

---------------------------------------- x

11-cr-161 (JSR)(RLE)
15-cv-380 (JSR)(FM)

ORDER

JED S. RAKOFF, U.S.D.J.

On April 6, 2011, the Court entered a Protective Order granting confidential treatment to Section 3500 material provided by the Government to defendant Winifred Jiau. See ECF No. 45. On September 18, 2012, Jiau submitted a pro se motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255, along with supporting exhibits. See ECF No. 162. Because her memorandum and exhibits included materials that should have been sealed under the Court's Protective Order, the Court directed the Clerk of the Court to place the motion and its appended exhibits under seal, and redacted copies were placed on the public docket. See ECF No. 161. In a separate order, the Court dismissed Jiau's Section 2255 motion without prejudice pending the resolution of her direct appeal. See ECF No. 169. That appeal was subsequently decided and her conviction affirmed.

On January 16, 2015, Jiau filed a second pro se Section 2255 motion, which again includes materials subject to the Protective Order. See ECF No. 208. The Government, by letter dated January 30,

2015, promptly applied to once again redact portions of those materials.

The Government's application to redact Jiau's submission is granted. The Clerk of the Court is directed to place under seal document number 208 on the docket of case 11-cr-161 and document number 1 on the docket of case 15-cv-380, and the Government is directed to file redacted copies on the public docket. In addition, in light of defendant's repeated violation of the Protective Order, defendant is ordered not to hereafter publicly file any document in this case unless she has first submitted a hard copy to the Court and the Government, so that the latter can ascertain whether the Protective Order has been complied with.

SO ORDERED.

Dated: New York, NY
January 31, 2015

JED S. RAKOFF, U.S.D.J.