

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 30, 2015

**BY FACSIMILE**

Honorable Frank Maas
Chief United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **Winifred Jiau v. United States,**
            **15 Civ. 380 (JSR) (FM)**

Dear Judge Maas:

    The Government writes respectfully to request a 60-day extension of the briefing schedule in the above-referenced case. According to the current schedule set by the Court, the Government's response to Movant Winifred Jiau's motion pursuant to 28 U.S.C. § 2255 (the "2255 Motion") is due on May 6, 2015. The Government requires additional time in order to retrieve and review records in connection with this matter and to prepare the Government's response to the 2255 Motion. The Movant has completed her term of imprisonment and is currently on supervised release, and the Government respectfully submits that no prejudice will result from the requested relief.

    This is the first request for an extension in this matter.

Respectfully,

**APPLICATION GRANTED**
**SO ORDERED**

_____
Frank Maas, USMJ 5/1/15

PREET BHARARA
United States Attorney

By: _____
Richard A. Cooper
Assistant United States Attorney
Tel. No.: (212) 637-1027

cc:    Winifred Jiau, *pro se* (by mail)